UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

JERALD LEVERT DAVIS          Chapter 7
         Case No. 10-77255-WS.D
        Debtor.         Hon: Walter Shapero
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $2.13, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 7 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 | $2.13 |
| | **TOTAL:** | **$2.13** |

Dated: 10/20/11          /s/ Stuart A. Gold
         Stuart A. Gold, Trustee
         24901 Northwestern Hwy., Ste 444
         Southfield, MI 48075-2223
         (248) 350-8220
         stuart.gold@7trustee.net